UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NEATER K. POOLE,

    Plaintiff,

vs.                                            CASE NO. 5:08cv346/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## **ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 22). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. Defendant's Consent Motion For Remand (Doc. 21) is **granted**, and the Commissioner's decision denying benefits if reversed.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §405(g).

4. Defendant is ordered to direct the Administrative Law Judge to request that the treating and examining sources provide additional evidence and clarification of their opinions and their medical source statements about a reasonable fee in the amount about what Plaintiff can do despite her impairments. Additionally, the Administrative Law Judge is directed to further evaluate Plaintiff's subjective complaint and provide rationale in accordance

with the Commissioner's guidance pertaining to the evaluation of symptoms at 20 C.F.R. §404.1529, 416.929, and Social Security Ruling 96-7p. The Administrative Law Judge shall issue a new decision containing the Administrative Law Judge's findings.

4. The clerk is directed to enter judgment in favor of Plaintiff and close the file.

**ORDERED** on September 17, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**