IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NEATER K. POOLE,

    Plaintiff,

vs.                                      CASE NO. 5:08cv346/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 33). No objections have been filed, and Defendant does not object to the amount of attorney's fees (Doc. 32).

**IT IS ORDERED**:

1. Plaintiff's Amended Application For Attorney's Fees (Doc. 31) is granted.

2. Plaintiff is entitled, pursuant to 28 U.S.C. §2412 (EAJA) to a reasonable fee for representing Plaintiff before this court; attorney's fees under EAJA in the amount of $2,656.26 are reasonable; and the Commissioner is directed to pay that amount to Plaintiff Neater K. Poole by mailing to Plaintiff's attorney, Quinn E. Brock, P. O. Box 311167, Enterprise, Alabama 36331-1167.

**ORDERED** on February 19, 2010.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**